APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PHARMACY BENEFIT MANAGERS<br>ANTITRUST LITIGATION | Master File No.<br>Civ. No. 2:06-MD-1782-JF<br><br>Judge C. Darnell Jones II |
| THIS DOCUMENT RELATES TO:<br><br>NORTH JACKSON PHARMACY, INC., *et al.* v.<br>CAREMARK RX INC., *et al.*<br>and | Civil Action No. 06-cv-4305 |
| BELLVUE DRUG CO., *et al.*, v. ADVANCE PCS | Civil Action No. 03-cv-4731 |

## ORDER

AND NOW, this _____ Day of _____, 2011, it is hereby

ORDERED that the application of Jeremy J. Gray, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2:06-MD-1782-JF
06-cv-4305

Civil Action No# 03-cv-4731

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Jeremy J. Gray__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __1003935__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Illinois | 11/09/2006 | 8269614 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| N.D. Illinois | 01/11/2007 | n/a |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| C.O.A. Seventh Cir. | 04/26/2007 | n/a |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Caremark RX, Inc.; Caremark Inc., and Advance PCS

(Applicant's Signature)

9/8/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Jones Day, 77 W. Wacker Dr., Chicago, Illinois 60601

(312) 269-1553

Sworn and subscribed before me this 8th Day of September, 2011

Notary Public

OFFICIAL SEAL
BETH ANNE BUTKUS
Notary Public - State of Illinois
My Commission Expires Jan 28, 2013

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Jeremy J. Gray___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Steven E. Bizar | _[signature]_ | 06/21/1993 | 68316 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Buchanan Ingersoll & Rooney PC      (216)665-3826

Two Liberty Place, 50 S. 16th Street, Suite 3200

Philadelphia, PA   19102

Sworn and subscribed before me this

16 Day of Sep, 2012

_[signature]_
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
BETTY CHERI PEARCE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 1, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PHARMACY BENEFIT MANAGERS<br>ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>NORTH JACKSON PHARMACY, INC., *et al.* v.<br>CAREMARK RX INC., *et al.*<br>    and<br><br>BELLVUE DRUG CO., *et al.*, v. ADVANCE PCS | Master File No.<br>Civ. No. 2:06-MD-1782-JF<br><br>Judge C. Darnell Jones II<br><br><br><br>Civil Action No. 06-cv-4305<br><br><br><br>Civil Action No. 03-cv-4731 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Jeremy J. Gray, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was ~~mailed today with postage prepaid to:~~ served via the ECF system on all counsel.

_____
Signature of Attorney

STEVEN E. BIZAR
Name of Attorney

Caremark RX, Inc.; Caremark Inc., and Advance PCS
Name of Moving Party

9/16/11
Date

CHI-1817212v1