IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re PHARMACY BENEFIT MANAGERS | : | Civil Action No. 06-1782 |
| ANTITRUST LITIGATION | : : | |
| _____ | | |
| BRADY ENTERPRISES, INC., et al. | : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 03-4730 |
| MEDCO HEALTH SOLUTIONS, INC. | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 26th day of April, 2017, **IT IS HEREBY ORDERED** that the Brady Plaintiffs' Motion for Reconsideration of the Court's Denial of Class Certification as to their Class (Civ. A. No. 06-1782, Docket Entry 285; Civ. A. No. 03-4730, Docket Entry 160) is **DENIED**.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II J.